IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE SANDRA DEOCAMPO,

    Plaintiff,

v.

    Defendant.

No. C-08-01895 PJH
NOTICE OF FILING OF BANKRUPTCY
APPEAL AND ORDER SETTING STATUS
CONFERENCE

RE:

Bankruptcy Case: 07-31475 DM
Adversary No.:
BAP No.: N-08-1065
Appellant:

The appeal has been assigned the following case number C-08-01895 PJH before the Honorable Phyllis J. Hamilton.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 7/24/2008 at    in Courtroom 3 17th Flr.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Apr 9, 2008

                        For the Court
                        Richard W. Wieking, Clerk

                        MARY ANN BUCKLEY

By: Deputy Clerk

cc: USBC
    Counsel of Record