RECEIVED
Harold S. Marenus, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

APR 10 2008

FILED_____
DOCKETED____
DATE    INITIAL

APR 2 4 2008

E-filing

1  WILLIAM F. McLAUGHLIN, ESQ. CSB#62095
   1305 Franklin Street, Suite 301
2  Oakland, CA 94612
   Tel: (510) 839-4456
3  FAX (510) 839-5833
   Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

IN RE                                    )   Case No. 07-31475
                                         )   Chapter 7 (Converted from Chapter 11)
SANDRA DEOCAMPO,                         )
                                         )   NOTICE AND SUBSTITUTION
                                         )   OF ATTORNEY FOR DEBTOR
         Debtor.                         )
_____)

PLEASE TAKE NOTICE that debtor Sandra DeOcampo, substitutes William F. McLaughlin as her attorney of record in the above-entitled proceeding in the place and stead of Albert M. Kun. All notices shall be mailed to debtor's new counsel at:

WILLIAM F. McLAUGHLIN, ESQ. CSB#62095
1305 Franklin Street, Suite 301
Oakland, CA 94612
Tel: (510) 839-4456
FAX (510) 839-5833
E-Mail: mcl551@aol.com

I authorize the substitution of new counsel.

Dated: March 28, 2008      /s/ Sandra DeOcampo
                           Sandra DeOcampo, Debtor

I consent to the substitution of attorney.

Dated: April 1, 2008       Albert M. Kun
                           Albert M. Kun, Esq.

I accept this substitution of attorney.

Dated: March 28, 2008      /s/ William F. McLaughlin
                           William F. McLaughlin, Esq.

Substitution of Attorney

UNITED STATES BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT COURT OF APPEALS
COURT OF APPEALS BUILDING
125 SOUTH GRAND AVENUE
PASADENA, CALIFORNIA 91105-1652

U.S. District Court Clerk's office
450 Golden Gate Ave.
16th Floor
San Francisco, CA 94102

94102+3456

LEGAL MAIL



045J83094022
$0.41
Mailed From 91104
04/22/2008
neopost
US POSTAGE