United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re SANDRA DE OCAMPO,

        Debtor/Appellant.
_____/

No. C 08-1895 PJH
Bankr. Case No. 07-31475 DM

**ORDER FOR BRIEFING; VACATING STATUS CONFERENCE**

      Debtor Sandra De Ocampo appeals the bankruptcy court's February 19, 2008 order appointing a Chapter 11 trustee. This court is in receipt of the record on appeal. Pursuant to Federal Rule of Bankruptcy Procedure (F.R.B.P.) 8010 and B.L.R. 8010-1, the appellant must file and serve an opening brief not exceeding 25 pages in length no later than **July 16, 2008.**

      The appellee must file and serve a brief not exceeding 25 pages in length no later than 20 days after service of appellant's brief.

      The appellant must serve and file a reply brief not exceeding 15 pages in length no later than 10 days after service of appellee's brief.

      The matter will be decided on the papers, and will be deemed submitted for decision upon the filing of the reply brief. No oral argument will be held.

      The **July 24, 2008** status conference is **VACATED.**

**IT IS SO ORDERED.**

Dated: June 16, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge