WILLIAM F. McLAUGHLIN, ESQ. CSB#62095
1305 Franklin Street, Suite 301
Oakland, CA 94612
Tel:  (510) 839-4456
FAX  (510) 839-5833
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE | District Court Case No. 08-01895 PJH |
| | Chapter 7 (Converted from Chapter 11) |
| SANDRA DEOCAMPO, | |
| | JOINT STIPULATION FOR |
| | DISMISSAL OF APPEAL |
| Plaintiff/Appellant | |
| | [Bankruptcy Rule 8001(c)(2)] |
| vs. | |
| SARA L. KISTLER, the Acting United States Trustee, | |
| Defendant/Appellee | |

Plaintiff/Appellant and Defendant/Appellee hereby agree and consent to entry of an order dismissing the above entitled appeal. The parties further agree that Plaintiff/Appellant shall be solely responsible for any court costs or fees that were incurred as a result of this appeal and that each party shall be responsible for their own attorney's fees.

SO STIPULATED:

Dated:  June 19, 2008          /s/ William F. McLaughlin
                               Attorney for Plaintiff Sandra DeOcampo

Dated:  June 20, 2008          UNITED STATES TRUSTEE

                               By   /s/ Julie M. Glosson #230709
                                    Trial Attorney for the Acting U.S. Trustee

Stipulation for Dismissal of Appeal          1