1  DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
   JULIE M. GLOSSON, Trial Attorney (#230709)
2  U.S. Department of Justice
   Office of the United States Trustee
3  235 Pine Street, Suite 700
   San Francisco, CA 94104
4  Telephone: (415) 705-3333
   Facsimile: (415) 705-3379
5  Email: julie.m.glosson@usdoj.gov

6
   Attorneys for Acting United States Trustee
7   Sara L. Kistler

8
                    UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE                          )    District Court Case No. 08-01895 PJH
                                   )
12  SANDRA DEOCAMPO,               )
                                   )
13        Plaintiff/Appellant      )    ORDER DISMISSING APPEAL
                                   )    PURSUANT TO STIPULATION
14                                 )
          vs.                      )
15                                 )
   SARA L. KISTLER, the Acting     )
16  United States Trustee,         )
                                   )
17        Defendant/Appellee       )
   ————————————————————————————————)
18

19       Based upon the Joint Stipulation for Dismissal of Appeal signed by all parties to this

20  appeal filed on June 30, 2008 as document no. 5,

21       IT IS HEREBY ORDERED that the above-entitled appeal is dismissed.

22

23                         ** ~~END OF ORDER~~ **

24                              7/21/08

25

Order Dismissing Appeal Pursuant to Stipulation    1