DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
JULIE M. GLOSSON, Trial Attorney (#230709)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: julie.m.glosson@usdoj.gov

Attorneys for Acting United States Trustee
 Sara L. Kistler

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ) | District Court Case No. 08-01895 PJH |
| ) | |
| SANDRA DEOCAMPO, ) | |
| ) | ORDER DISMISSING APPEAL |
| Plaintiff/Appellant ) | PURSUANT TO STIPULATION |
| ) | |
| vs. ) | |
| ) | |
| SARA L. KISTLER, the Acting ) | |
| United States Trustee, ) | |
| ) | |
| Defendant/Appellee ) | |
| ) | |

Based upon the Joint Stipulation for Dismissal of Appeal signed by all parties to this appeal filed on June 30, 2008 as document no. 5,

IT IS HEREBY ORDERED that the above-entitled appeal is dismissed.

** ~~END OF ORDER~~ **

7/21/08

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

Order Dismissing Appeal Pursuant to Stipulation     1